Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAVIER MENDOZA CERVANTES a/k/a JAVIER C. MENDOZA, <br><br> Defendant. | CASE NO. 1:16-cv-00485-DAD-JLT <br><br> ORDER (~~Proposed~~) <br> (Doc. 4) |

**ORDER** (~~Proposed~~)

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:16-cv-00485-DAD-JLT styled *J & J Sports Productions, Inc. v. Cervantes*, is hereby continued from 8:30 AM, Monday, July 18, 2016 to **September 2, 2016** at 9:15 a.m.

Plaintiff shall also serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **June 27, 2016**         /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE