**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. 1:16-cv-00485-DAD-JLT |
| Plaintiff, | ORDER (~~Proposed~~) |
| v. | |
| **JAVIER MENDOZA CERVANTES,** | |
| Defendant. | |

## ORDER (~~Proposed~~)

It is hereby ordered that Joseph M. Gagliardi, Plaintiff's Authorized Representative in civil action number 1:16-cv-00485-DAD-JLT styled *J & J Sports Productions, Inc. v. Mendoza Cervantes,* is hereby granted permission to appear telephonically at the Settlement Conference scheduled for Friday, February 16, 2018 at 9:30 A.M.

IT IS SO ORDERED.

Dated: **February 5, 2018**      /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE