# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC., | Case No.: 1:16-cv-00485 - DAD - JLT |
| Plaintiff, | AMENDED ORDER RE: SETTLEMENT CONFERENCE |
| v. | |
| JAVIER MENDOZA CERVANTES, individually and doing business LA TORMENTA NIGHT CLUB, | |
| Defendant. | |

The Court has received the settlement conference statement from the plaintiff and has learned that the defendant has failed to respond to the settlement offer made by the plaintiff. Indeed, the defendant, apparently, has had no communication with the attorney for the plaintiff at all related to the settlement conference. Thus, the Court is uncertain whether the defendant intends to appear at the conference. Therefore, the Court **ORDERS**:

1. **No later than February 14, 2018**, the defendant **SHALL** contact the Court's Clerk at 661-326-6620 and indicate whether he intends to appear at the conference on February 16, 2018;

2. **No later than February 14, 2018**, the defendant **SHALL** contact the attorney for the plaintiff and indicate whether he accepts the settlement offer made by the plaintiff. If he does not, he SHALL make a meaningful counteroffer.

///

1

**Failure to comply with this order may result in the imposition of sanctions up to and including striking the answer and entering default.**

IT IS SO ORDERED.

Dated:     **February 7, 2018**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE