**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAVIER MENDOZA CERVANTES,**<br><br>Defendant. | Case No. 1:16-cv-00485-DAD-JLT<br><br>**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER CONTINUING SETTLEMENT CONFERENCE** |

## **ORDER (Proposed)**

It is hereby ordered that the Settlement Conference in civil action number 1:16-cv-00485-DAD-JLT styled *J & J Sports Productions, Inc. v. Mendoza Cervantes,* is hereby continued from Friday, February 16, 2018, at 9:30 A.M. to a new date of      March 30, 2018.

Plaintiff shall serve a copy of this Order on the Defendant ***by electronic and overnight mail*** and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **February 15, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE