# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAVIER MENDOZA CERVANTES, individually and doing business LA TORMENTA NIGHT CLUB, <br><br> Defendant. | Case No.: 1:16-cv-00485 - DAD - JLT <br><br> ORDER TO DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO COMPLY WITH COURT ORDERS |

The Court set a settlement conference at the scheduling conference held on April 10, 2017. (Doc. 29) The defendant, Mr. Mendoza Cervantes, was present when the Court selected the date. (Doc. 28) Moreover, the Court served a copy of the scheduling order indicating that the settlement conference would occur on January 8, 2018. (Doc. 29) The order also required the parties to exchange pre-conference settlement offers. Id. However, when neither party submitted a settlement conference statement, the Court continued the settlement conference to February 16, 2018. (Doc. 34)

When the plaintiff reported that the defendant had not responded to its settlement offer and the defendant failed to lodge a settlement conference statement, the Court ordered the defendant to respond to the settlement offer and to contact the court to notify it whether he intended to appear at the settlement conference (Doc. 39); the defendant failed to respond to the offer (Doc. 43) and failed to contact the Court. Thus, the Court **ORDERS**:

1

1. **No later than March 9, 2018**, the defendant **SHALL** show cause in writing why sanctions, up to and including striking his answer and entering default, should not be imposed for his failure to comply with the Court's order.

**The defendant is advised that his failure to comply with this order will result in a recommendation that his answer be stricken and default entered against him.**

IT IS SO ORDERED.

Dated: **February 16, 2018**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE